<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALICIA GARCIA, and PRISCILA DOMINGUEZ, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs,<br><br>   v.<br><br>TEMPOE, LLC, et al.,<br><br>                      Defendants. | Civil Action No. 17-2106 (SDW) (LDW)<br><br><br>**ORDER**<br><br><br>May 21, 2018 |

**WIGENTON**, District Judge.

    Before this Court are Plaintiffs Alicia Garcia and Priscila Dominguez's (collectively "Plaintiffs") Motion for Correction of this Court's March 29, 2018 Order, pursuant to Federal Rule of Civil Procedure 60(a), and Defendant TEMPOE, LLC's request for a mandatory stay, pursuant to 9 U.S.C. § 3. This Court having considered the parties' submissions, as well as the March 29, 2018 Opinion and Order, and good cause having been shown,

    **IT IS** on this 21st day of May, 2018

    **ORDERED** that Defendant TEMPOE, LLC's request for a stay is **GRANTED**; and it is further

    **ORDERED** that this case is hereby stayed pursuant to 9 U.S.C. § 3 pending the outcome of the parties' arbitrations; and it is further

    **ORDERED** that Plaintiffs' Motion for Correction of this Court's March 29, 2018 Order (ECF No. 49) is **DENIED**; and it is further

**ORDERED** that this matter shall be administratively terminated until the conclusion of the arbitrations.  Thereafter, Plaintiffs may request that the Clerk of the Court restore this matter to the active docket, if appropriate.

**SO ORDERED**.

s/ *Susan D. Wigenton*_____
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:     Clerk
cc:       Leda D. Wettre, U.S.M.J.
           Parties